# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

132563

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                SC: 132563
                                COA: 262682
                                Wayne CC: 04-012688-01

OSCAR BECK, JR.,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 5, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007                             _____
                                               Clerk

t0220